UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                                    2:07CR25

THOMAS J. CAMPBELL, III,
a/k/a "T"
a/k/a "Thomas J. Cambell, III"

                    Defendant.


REPORT AND RECOMMENDATION
CONCERNING GUILTY PLEA

          Defendant, by consent, has appeared before the undersigned

pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral

from a United States District Judge and has entered a guilty plea to a

one-count criminal information charging defendant with conspiracy to

distribute and to possess with intent to distribute more than five

kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and

(b)(1)(A); 846.  In the course of the proceeding, defendant was advised

of his constitutional right to be indicted instead of proceeding to trial

on a criminal information.  Defendant acknowledged and waived his right

to be indicted and consented, in open court, to be tried on the criminal

information.

          On March 5, 2007, defendant appeared before the Court for the

purpose of entering his guilty plea.  Defendant was represented by

appointed counsel, David M. Good, Esquire.  Defendant was appropriate in

appearance, responsive, and competently prepared for the hearing.  He

answered all questions put to him in clear and concise language.  On

those occasions when he had a question, defendant consulted with counsel

and then promptly answered.  Defendant was courteous and appropriate in

his behavior at all times and clearly understood the seriousness of his position.  At the close of the proceeding, defendant was remanded to the custody of the United States Marshal, pending completion of a presentence report.

Defendant is twenty-five years of age, graduated from high school, and speaks English as his native language.  There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment.  He was cooperative throughout the proceeding.

Defendant entered the guilty plea pursuant to a plea agreement.  The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position.  Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offense charged is supported by independent facts, establishing each of the essential elements of such offense.  Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

/s/
**James E. Bradberry**
**United States Magistrate Judge**

**Norfolk, Virginia**
    **March 5**         , 2007

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

David M. Good, Esquire
Federal Public Defender's Office
Town Point Center, Ste. 403
150 Boush Street
Norfolk, VA  23510

Darryl J. Mitchell, Esquire
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510

Fernando Galindo, Acting Clerk

By _____
                Deputy Clerk

_____, 2007